# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

STEVEN E. HILL                                                           PETITIONER
REG # 17672-035

v.                             No. 2:17CV00003-JLH-JJV

C. V. RIVERA, Warden                                                     RESPONDENT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and the Petitioner's objections. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that Mr. Hill's Petition for Writ of Habeas Corpus (Doc. No. 1) is DISMISSED with prejudice.

DATED this 10th day of May, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE