IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

STEVEN E. HILL                                                                                    PETITIONER
REG #17672-035

v.                                    No. 2:17CV00003-JLH

C.V. RIVERA, Warden                                                                        RESPONDENT

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, the habeas petition of Steven E. Hill is dismissed with prejudice.

IT IS SO ORDERED this 27th day of November, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE